UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA , | ) | ED CR 08-60  VAP |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE |
| JOHN JOSEPH ZANE, | ) | |
| Defendant. | ) | |

    On Monday, March 29, 2010, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on March 12, 2010.  Appearing on behalf of the Defendant was Young Kim, Deputy Federal Public Defender, and appearing on behalf of the Government was Assistant United States Attorney Sean Lokey.  Also present was Probation Officer Jodie Knez.

    The Defendant after having been advised of the single allegation as contained in the Petition, admitted to the truthfulness of the single allegation.

    The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the previous Judgment and Commitment Order Following Revocation of Supervised Release  filed on August 26, 2008.  The Court ORDERS the defendant's term of supervision REVOKED.

It is adjudged that Defendant, JOHN JOSPH ZANE, is hereby placed on supervised release for a new term of three(3) years, under the same terms and conditions as previously imposed, with the exception of the home detention program and electronic monitoring.

The Defendant shall make payments towards the unpaid restitution balance of $54,000.42, during the term of supervised release.

IT IS SO ORDERED.

Date   April 1, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge

CLERK, U. S. DISTRICT COURT

By: M. Dillard
    M. Dillard, Courtroom Deputy